UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICKEY W. JOHNSON,<br><br>Defendant. | 2:22-PO-5012-KLD<br>Ticket Number: FBCX006K<br>Location Code: M4B<br>JUDGMENT IN A CRIMINAL CASE |

On November 18, 2022, Defendant Mickey Johnson appeared before the Court for a bench trial on the above referenced violation notice. At his trial, Defendant decided to change his plea, and entered a plea of guilty to the charge of leaving a fire without completely extinguishing it, in violation of 36 C.F.R. § 261.5D.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1.  Defendant must pay a fine in the amount of $200 plus a $10 Special Assessment and $30 Processing Fee for a total of $240. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov.  The fine shall be paid as follows: an initial payment of $100 due on or before December 2, 2022; a second payment of $100 due on or before January 3, 2023, and a final payment of $40 due on or before February 3, 2023.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant  also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

DATED this 21st day of November, 2022.

Kathleen L. DeSoto
United States Magistrate Judge